**H. A. THEURER v. HOLLAND FURNACE COMPANY.**

No. 2628.

Circuit Court of Appeals, Tenth Circuit.

May 29, 1943.

M. C. Harris, of Logan, Utah, and Arthur E. Cooley and H. Rowan Gaither, Jr., both of San Francisco, Cal., for cross-appellant.

Critchlow & Critchlow, of Salt Lake City, Utah, and Paul E. Cholette, of Grand Rapids, Mich., for cross-appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Cross-appeal dismissed May 29, 1943, pursuant to stipulation of the parties.

**John C. HOPKINS and Alfred Osolin, Appellants, v. REPUBLIC STEEL CORPORATION, Appellee.**

No. 9325.

Circuit Court of Appeals, Sixth Circuit.

April 21, 1943.

Hyde & Meyer, of Cleveland, Ohio, and William B. Jaspert, of Pittsburgh, Pa., for appellants.

Richey & Watts, of Cleveland, Ohio, and Stebbins & Blenko, of Pittsburgh, Pa., for appellee.

Before HICKS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

On the findings of fact and conclusion of law of the District Court, 42 F.Supp. 45, and on its opinion confirming the findings and conclusions of the Special Master, the decree of the District Court dismissing the complaint in this patent cause at the cost of the appellants is affirmed.

**John L. HUBER, Petitioner, v. UNITED STATES of America.**

No. 12576.

Circuit Court of Appeals, Eighth Circuit.

March 29, 1943.

John L. Huber, pro se.

PER CURIAM.

Petition for writ of certiorari to District Court denied.

**Floyd E. JACOBS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 12358.

Circuit Court of Appeals, Eighth Circuit.

March 27, 1943.

Floyd E. Jacobs, John F. Rhodes, and John T. Barker, of Kansas City, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Bernard D. Daniels, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Case remanded to the Tax Court of the United States with directions to modify its decision and to enter order in accordance with agreement, pursuant to stipulation.